**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| OCCUNET, LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 2:25-cv-00039-Z-BR |
| PREMIER HEALTHCARE SOLUTIONS, INC. AND TRPN DIRECT PAY, INC., | § § § § § | |
| *Defendants.* | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT TRPN DIRECT PAY, INC.'S UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Before the Court is Defendant TRPN Direct Pay, Inc.'s ("TRPN") Unopposed Motion for Leave to Proceed Without Local Counsel (the "Motion") in the above-entitled and numbered cause.

The Court, having considered the pleadings, is of the opinion that the Motion should be GRANTED, and TRPN is not required to designate local counsel in the above-captioned action.

IT IS SO ORDERED.

ENTERED _____, 2025.

_____
HON. LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

1