IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| OCCUNET, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:25-CV-039-Z-BR |
| | § | |
| PREMIER HEALTHCARE SOLUTIONS, | § | |
| INC. and TRPN DIRECT PAY, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO PROCEED WITHOUT LOCAL COUNSEL AND EXTENDING LOCAL COUNSEL DEADLINE

Before the Court is the Unopposed Motion for Leave to Proceed Without Local Counsel filed April 22, 2025 by Defendant TRPN Direct Pay, Inc. ("TRPN"). (ECF 17). For reasons of efficiency and case management, local counsel is required in this division absent extraordinary circumstances. Further, the form application for admission *pro hac vice* to the Northern District of Texas requires applying attorneys to identify local counsel, and TRPN states that it intends to file at least two such applications. (*Id.* at 2).

Accordingly, TRPN's Motion is DENIED. However, to avoid penalizing TRPN for its early and proactive filings in this case, and in light of the arguments raised in TRPN's Motion and of the requirement that TRPN's lead attorney appear in-person at the June 12, 2025 Rule 16 Scheduling Conference (*see* ECF 16 at 1), the Court will extend the deadline in the undersigned's Standing Orders (ECF 15) for TRPN to obtain local counsel. It is ORDERED that TRPN must file an entry of appearance of local counsel **on or before June 20, 2025**. The undersigned notes that this extension does **not** negate the requirement to identify local counsel on any application for admission *pro hac vice*, which will be decided by the presiding judge.

IT IS SO ORDERED.

ENTERED April 23, 2025.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE