# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| OCCUNET, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 2:25-cv-00039-Z-BR |
| v. | § | |
| | § | |
| PREMIER HEALTHCARE | § | *District Judge* |
| SOLUTIONS, INC. AND TRPN | § | *Honorable Matthew J. Kacsmaryk* |
| DIRECT PAY, INC., | § | |
| | § | *Magistrate Judge* |
| *Defendants.* | § | *Honorable Lee Ann Reno* |

## AFFIDAVIT OF DOUGLAS A. DANIELS

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

1. "My name is Douglas A. Daniels. I am over 18 years of age, of sound mind, and in all ways capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct. I could and would testify competently to these facts if called upon to do so.

2. "I submit this Affidavit in support of Plaintiff OccuNet, LLC's Unopposed Motion for Continuance of the Scheduling Conference, in Case No. 2:25-cv-00039-Z-BR, *OccuNet, LLC v. Premier Healthcare Solutions, Inc., et al.,* in the United States District Court for the Northern District of Texas, Amarillo Division ("Lawsuit").

3. "I am a partner with the law firm of DANIELS & TREDENNICK, PLLC.

4. "I am attorney-in-charge and lead counsel for Plaintiff, OccuNet, LLC, in this Lawsuit.

5. "The Court's April 21, 2025 Order (ECF No. 16) has set the Rule 16 Scheduling Conference in this Lawsuit for June 12, 2025.

6. "I am lead counsel for plaintiff and required to appear for a preferentially set trial beginning June 9, 2025, in Cause No. 2023-35339, in the 215th District Court of Harris County, Texas (the "State Court Lawsuit").

1

7. "The State Court Lawsuit is expected to last one and a half to two weeks. As lead counsel in the State Court Lawsuit, I believe it is unlikely the matter will be resolved before proceeding to trial on the merits.

8. On April 24, 2024, my office contacted Ms. Bonnie Lugo, the Court Coordinator for the 215th District Court in the State Court Lawsuit and confirmed that the case remains preferentially set for trial beginning June 9, 2025.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Douglas A. Daniels

SUBSCRIBED AND SWORN TO before me on this 25th day of April, 2025.

EMILY COOPER
Notary Public, State of Texas
Comm. Expires 11-06-2028
Notary ID 135159913

_Emily Cooper_
Notary Public in and for the State of Texas

My Commission Expires 11-06-2028

[Seal]