# EXHIBIT B

1/29/2025 2:41 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 96749599
By: Kelly Puente
Filed: 1/29/2025 2:41 PM

Cause No. 2023-35339

| | | |
|---|---|---|
| **LUCKY CHOPRA, M.D.,** | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| **CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS, ROYALTON AT RIVER OAKS COUNCIL OF CO-OWNERS, INC., FIRST SERVICE RESIDENTIAL HOUSTON, INC, and AFFILIATED FM INSURANCE COMPANY,** | § § § § § § § § | |
| | § | |
| *Defendants.* | § | 215th JUDICIAL DISTRICT |

## ORDER GRANTING JOINT MOTION FOR PREFERENTIAL TRIAL SETTING

On this date, the Court considered the Joint Motion for Preferential Trial Setting ("Joint Motion") filed by Plaintiff Lucky Chopra, M.D., and Defendants Chubb Lloyd's Insurance Company of Texas, Royalton at River Oaks Council of Co-Owners, Inc., and First Service Residential Houston, Inc. ("Parties"). After considering the Joint Motion, the Court finds that the Joint Motion should be GRANTED.

Therefore, it is ORDERED that the above-styled-and-numbered case is preferentially set for the two-week trial docket beginning June 9, 2025.

Signed: 3/20/2025

_____
JUDGE PRESIDING

1

**APPROVED AS TO FORM:**

DANIELS & TREDENNICK, PLLC

By: */s/ Douglas A. Daniels*
Douglas A. Daniels
State Bar No. 00793579
doug.daniels@dtlawyers.com
Sabrina R. Tour
State Bar No. 24093271sabrina@dtlawyers.com
Mary Rodman Crawford
crawford@dtlawyers.com
State Bar No. 24109766
6363 Woodway Dr., Ste. 700
Houston, TX 77057
Telephone: (713) 917-0024
Fax: (713) 917-0026

ATTORNEYS FOR PLAINTIFF

CHAFFE MCCALL, L.L.P.

By: */s/ Heather von Sternberg (w/permission)*
Heather von Sternberg
Texas State Bar No. 00797400
Frank A. Piccolo
Texas State Bar No. 24031227
frank.piccolo@chaffe.com
801 Travis Street, Suite 1910
Houston, TX 77002
Telephone: 713-546-9800
Facsimile: 713-546-9806
Email: heather.vonsternberg@chaffe.com
frank.piccolo@chaffe.com

WRIGHT CLOSE & BARGER, LLP

Thomas C. Wright
State Bar No. 22059400
Landon J. Francois
State Bar No. 24131311
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: 713-572-4321
Facsimile: 713-572-4320

2

wright@wrightclosebarger.com
francois@wrightclosebarger.com

ATTORNEYS FOR DEFENDANT CHUBB
LLOYDS INSURANCE COMPANY OF TEXAS


FORD MURRAY, PLLC

By: /s/ Austin T. Griffith (w/permission)
GREGORY A. SCRIVENER
State Bar No. 24013480
Direct Line: (210) 731-6342
Email: greg.scrivener@fordmurray.com
AUSTIN T. GRIFFITH
State Bar No. 24096629
Direct Line: (210) 731-6415
Email: austin.griffith@fordmurray.com
10001 Reunion Place, Suite 640
San Antonio, Texas 78216
(210) 731-6400 Main
(210) 731-6401 Facsimile

ATTORNEYS FOR DEFENDANTS ROYALTON
AT RIVER OAKS COUNCIL OF CO-OWNERS,
INC. AND FIRST SERVICE RESIDENTIAL
HOUSTON, INC.

3