## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| OCCUNET, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:25-cv-00039-Z-BR |
| | § | |
| PREMIER HEALTHCARE | § | |
| SOLUTIONS, INC. AND TRPN | § | |
| DIRECT PAY, INC., | § | |
| | § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER GRANTING PLAINTIFF OCCUNET, LLC'S UNOPPOSED MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE

Before the Court is Plaintiff OccuNet, LLC's Unopposed Motion for Continuance of the Scheduling Conference (the "Motion").

The Court, having considered the pleadings on file and argument of counsel, if any, is of the opinion that the Motion should be and hereby is GRANTED, and the Rule 16 Scheduling Conference is continued to _____.

IT IS SO ORDERED.

ENTERED _____, 2025

_____
HONORABLE LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE